IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| ANDRES H. JARAMILLO AND ELIZAVETA KOPYLOVA,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF STATE; ANTONY BLINKEN, UNITED STATES SECRETARY OF STATE; U.S. EMBASSY, WARSAW, POLAND; AND MARK BRZEZINSKI, AMBASSADOR AT THE U.S. EMBASSY, WARSAW, POLAND,<br>　　　　DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CAUSE NO. 1:23-CV-00010-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 1, 2023, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. #5), dismissing the above-styled action without prejudice against all Defendants. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __2nd__ day of March, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE